SALT SPRINGS NAT. BANK v. CRABTREE. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) In the matter of the petition of the Salt Springs National Bank against the executors of William Crabtree, deceased. No opinion. Motion denied, with $10 costs. See 40 N. Y. Supp. 1148.

SANDERS v. HURLBURT (two cases). (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Actions by Barent B. Sanders against Kate Bleecker Hurlburt. No opinion. Order staying respondent's proceedings vacated, with $10 costs and disbursements. Motion to dismiss appeals denied, without costs to either party.

SANDERS, Respondent, v. HURLBURT, Appellant. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Barent B. Sanders against Kate Bleecker Hurlburt, as executrix. No opinion. Judgment affirmed, with costs. All concur.

SANDIFORD, Respondent, v. FROST, Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by Richard Sandiford against Carman Frost. No opinion. Motion for reargument denied, with $10 costs. See 41 N. Y. Supp. 103.

SCHAEFER, Respondent, v. SCHILLING, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1896.) Action by Emil Schaefer against Henry L. Schilling. No opinion. Judgment and order affirmed, with costs. All concur.

SCHMALACHER, Appellant, v. STOLZ, Respondent. (Supreme Court, Appellate Term, First Department. September, 1896.) Action by Bernard Schmalacher against George Stolz. Wm. H. Knox, for appellant. Bailey & Perkins, for respondent. No opinion. Judgment affirmed upon argument.

SCHOENECK v. SCHOENECK et al. (Supreme Court, Appellate Division, Second Department. November 20, 1896.) Action by Frank C. L. Schoeneck against Charles W. Schoeneck, Joseph W. Kierst, and others. No opinion. Judgment affirmed, with costs. All concur.

SCHULZ, Respondent, v. BAIRD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1896.) Action by Franz Schulz against William A. Baird and Benjamin Newmark. No opinion. Judgment and order affirmed, with costs. All concur.

SCIOLINA, Respondent, v. ERIE PRESERVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Antonio Sciolina against the Erie Preserving Company. No opinion. Motion denied, without costs. See 39 N. Y. Supp. 916.

SEAGER, Respondent, v. CHURCHILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by William B. Seager against John Churchill, as executor of the will of Mary Hyatt, Deceased. No opinion. Order affirmed, with costs.

SEBRING, Appellant, v. QUIGLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Charles W. Sebring against James Quigley and others. No opinion. Interlocutory judgment, so far as appealed from, affirmed, with costs. All concur.

SEELEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Lawrence Seeley, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. All concur. See 40 N. Y. Supp. 866.

In re SHEEHAN. (Supreme Court, Appellate Division, Second Department. December 8, 1896.) Application by James A. Sheehan for admission and license to practice as an attorney and counselor at law. No opinion. Application granted, and applicant may appear and take the oath.

SHIMBERG, Appellant, v. WEAVER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Sarah Shimberg against Van R. Weaver. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

SHIPMAN et al., Appellants, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1896.) Action by James J. Shipman and another against the Long Island Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements, upon the opinion of the special term. 39 N. Y. Supp. 498. All concur.

SICKLES v. CANARY et al. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Charles R. Sickles against Thomas Canary and others. No opinion. Motion denied. See 40 N. Y. Supp. 948.

SITTERLY, Respondent, v. JOURNAL CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Action by Alonzo Sitterly against the Journal Company. No opinion. Judgment and order denying a new trial affirmed, with costs. All concur.

In re SMITH. (Supreme Court, Appellate Division, First Department. October 23, 1896.) In the matter of Louise Condit Smith. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. INTERNATIONAL POSTAL SUPPLY CO. OF NEW YORK et al., Appellants. (Supreme Court, Appellate Di-